# UNITED STATES DISTRICT COURT

District of Massachusetts

Sprint Spectrum L.P.
        Plaintiff

V.

Town of Harwich, Planning Board of
The Town of Harwich, and Lawrence Brophy,
William Stoltz, Bruce Nightingale,
Angelo LaMantia, Elaine Bellefeuille,
W. Matthew Hart, Tidal Henry, Robert
Owens, George Dinsmore, and William
Baldwin in their capacities as members
of the Planning Board of the Town
of Harwich
        Defendants

**SUMMONS IN A CIVIL CASE**

FILED IN CLERKS OFFICE
2005 FEB -3 P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: 05 10099 NG

TO: (Name and address of Defendant)

    Town Clerk
    Town of Harwich
    Municipal Bldg.
    732 Main Street
    Harwich, MA 02645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown Rudnick Berlack Israels LLP, One Financial Center Boston, MA 02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK: Pat Sues (By) DEPUTY CLERK

DATE: 1-14-05

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/18/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| B. Keith Wheeler | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In hand to Anita N. Doucette, Town Clerk and authorized agent to accept service on behalf of the Town of Harwich, 732 Main Street, Harwich, Ma.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/05
                Date                    Signature of Server

6 Beacon Street, Su-te 825, Boston, Ma.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.