# UNITED STATES DISTRICT COURT

District of    Massachusetts

FILED
IN CLERK'S OFFICE
2005 FEB 3 P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

Sprint Spectrum L.P.,
             Plaintiff
V.

Town of Harwich, Planning Board of The
Town of Harwich, and Lawrence Brophy,
William Stoltz, Bruce Nightingale,
Angelo LaMantia, Elaine Bellefeuille,
W. Matthew Hart, Tidal Henry, Robert
Owens, George Dinsmore, and William
Baldwin in their capacities as members
of the Planning Board of the Town
of Harwich,    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05  10099  NG

TO: (Name and address of Defendant)

Planning Board of the Town of Harwich
Municipal Bldg.
732 Main Street
Harwich, MA  02645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown Rudnick Berlack Israels LLP, One Financial Center
Boston, MA  02111

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-14-05