≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

FILED
IN CLERKS OFFICE

2005 FEB -3  P 1:36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Sprint Spectrum L.P.
        Plaintiff

V.

Town of Harwich, Planning Board of
The Town of Harwich, and Lawrence Brophy,
William Stoltz, Bruce Nightingale,
Angelo LaMantia, Elaine Bellefeuille,
W. Matthew Hart, Tidal Henry, Robert
Owens, George Dinsmore, and William
Baldwin in their capacities as members
of the Planning Board of the Town
of Harwich
        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 10099 NG

TO: (Name and address of Defendant)

William E. Stoltz
208 Pleasant Bay Road
East Harwich, MA  02645

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq. Brown Rudnick Berlack Israels LLP, One Financial Center
Boston, MA  02111

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY _____

CLERK

(By) DEPUTY CLERK  Pat Russo

DATE  1-14-05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/15/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Murray | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By leaving said copies at the last and usual place of abode of the defendant William E. Stolz located at 208 Pleasant Bay Road, East Harwich, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/15/05
                   Date                          Signature of Server

6 Beacon Street, Suite 825
Address of Server
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.