UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10099-NG

| | |
|---|---|
| SPRINT SPECTRUM, L.P, <br><br> Plaintiff <br><br> v. <br><br> TOWN OF HARWICH, PLANNING BOARD OF THE TOWN OF HARWICH, and LAWRENCE BROPHY, WILLIAM STOLTZ, BRUCE NIGHTINGALE, ANGELO LAMANTIA, ELAINE BELLEFEUILLE, W. MATTHEW HART, TIDAL HENRY, ROBERT OWENS, GEORGE DINSMORE, and WILLIAM BALDWIN in their capacities as members of the PLANNING BOARD OF THE TOWN OF HARWICH, <br><br> Defendant | DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO AMENDED COMPLAINT |

Now come the defendants and pursuant to Fed. R. Civ. P. 6 hereby move that the Court enlarge the time for the filing of the defendants' response to the Amended Complaint up to and including July 15, 2005. The plaintiff has assented to this motion.

MEMORANDUM OF REASONS

As grounds for their Motion to Enlarge Time to Respond to the Complaint, the defendants state the following. The defendants and the plaintiff have entered into discussions regarding an alternative resolution of this matter. Additional time is needed to further, and hopefully conclude, the discussions.

The defendants therefore request additional time to file a response to the Complaint. Granting this motion serves the interest of judicial economy, as the parties may be able to reach a resolution prior to engaging in further litigation.

WHEREFORE, the defendants respectfully request, with the assent of the plaintiff, that this Court allow their Motion to Enlarge Time to Respond, up to and including July 15, 2005.

DEFENDANTS,

TOWN OF HARWICH,
TOWN OF HARWICH PLANNING BOARD,

By its attorneys,

Barbara J. Saint André (BBO# 438030)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:

SPRINT SPECTRUM, L.P.,

By its attorney,

Wayne F. Dennison, Esq. (BBO# 558879)
Brown, Rudnick, Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8247

253065/Metg/0615

2