UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10099-NG

SPRINT SPECTRUM, L.P,

    Plaintiff

v.

TOWN OF HARWICH, PLANNING BOARD OF THE TOWN OF HARWICH, and LAWRENCE BROPHY, WILLIAM STOLTZ, BRUCE NIGHTINGALE, ANGELO LAMANTIA, ELAINE BELLEFEUILLE, W. MATTHEW HART, TIDAL HENRY, ROBERT OWENS, GEORGE DINSMORE, and WILLIAM BALDWIN in their capacities as members of the PLANNING BOARD OF THE TOWN OF HARWICH,

    Defendant

DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO AMENDED COMPLAINT

Now come the defendants and pursuant to Fed. R. Civ. P. 6 hereby move that the Court enlarge the time for the filing of the defendants' response to the Amended Complaint up to and including August 15, 2005. The plaintiff has assented to this motion.

MEMORANDUM OF REASONS

As grounds for their Motion to Enlarge Time to Respond to the Complaint, the defendants state the following. The defendants and the plaintiff entered into discussions regarding an alternative resolution of this matter, and filed a motion to enlarge time to respond to the Amended Complaint to July 15, 2005. Although the parties now have an agreement in principal, additional time is needed to conclude the details of the alternative resolution of this matter.

The defendants therefore request additional time to file a response to the Amended Complaint. Granting this motion serves the interest of judicial economy, as the parties are anticipated to reach a resolution prior to engaging in further litigation.

WHEREFORE, the defendants respectfully request, with the assent of the plaintiff, that this Court allow their Motion to Enlarge Time to Respond, up to and including August 15, 2005.

DEFENDANTS,

TOWN OF HARWICH,
TOWN OF HARWICH PLANNING BOARD,

By its attorneys,

*/s/ Katharine Doyle*
Barbara J. Saint André (BBO# 438030)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:

SPRINT SPECTRUM, L.P.,

By its attorney,

*/s/ Wayne Dennison/kgd*
Wayne F. Dennison, Esq. (BBO# 558879)
Brown, Rudnick, Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247

253065/Metg/0615

2