UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINT SPECTRUM L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF HARWICH, PLANNING BOARD OF )<br>THE TOWN OF HARWICH, and )<br>LAWRENCE BROPHY, WILLIAM STOLTZ, )<br>BRUCE NIGHTINGALE, ANGELO LAMANTIA, )<br>ELAINE BELLEFEUILLE, W. MATTHEW HART, )<br>TIDAL HENRY, ROBERT OWENS, )<br>GEORGE DINSMORE, and WILLIAM BALDWIN )<br>in their capacities as members of the Planning Board )<br>of the Town of Harwich, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 05-10099-NG |

## AGREEMENT FOR JUDGMENT

The undersigned parties hereby stipulate and agree that:

1. Judgment shall enter in favor of plaintiff Sprint Spectrum L.P. on Count II of the Amended Complaint.

2. At the next regularly scheduled meeting following the endorsement of this Agreement for Judgment by the Court, time being of the essence, the Defendants shall grant a Site Plan Special Permit for the construction, siting and operation of the personal wireless service facility referenced in the Complaint.

3. The Plaintiff hereby warrants and agrees that as of date of the filing of this Agreement for Judgment with the Court, it has no current intention to locate additional stand alone antenna towers within the Town of Harwich and that as of date of the filing of this Agreement for Judgment with the Court, the personal wireless service facility at issue in this

case, once fully operational, is expected to be sufficient to meet Plaintiff's then current radio frequency coverage objectives.

4. The parties further agree, however, that nothing contained in the foregoing paragraph shall bar, limit or restrict Plaintiff from requesting approvals or permits from the Town of Harwich for additional personal wireless service facilities, of whatever nature, should there be a change in the circumstances referenced in paragraph 3, including but not limited to greater consumer demand for wireless services, technological changes, or competition among providers of wireless or functionally equivalent services.

5. This action is otherwise dismissed with prejudice, and with the parties to each bear their own costs and fees.

| **TOWN OF HARWICH**, *et al.*, | **SPRINT SPECTRUM L.P.**, |
|---|---|
| By their attorneys, | By its attorneys, |
| *Katharine Doyle* | *Wayne Dennison/kgd* |
| Barbara J. Saint André (BBO# 438030) | Wayne F. Dennison, (BBO # 558879) |
| Katharine Goree Doyle (BBO# 634131) | BROWN RUDNICK BERLACK ISRAELS LLP |
| Kopelman and Paige, P.C. | One Financial Center |
| Town Counsel | Boston, MA 02111 |
| 31 St. James Avenue | 617-856-8200 |
| Boston, MA 02116 | |
| (617) 556-0007 | |

Dated: August 11, 2005

**ENTERED AND ADJUDGED:**

*Nancy Gertner*
The Honorable Nancy Gertner,
United States District Judge
254940   8/16/2005

2